1 ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
2 VATANA LAY, ESQ.
Nevada Bar No. 12993
3 AKERMAN LLP
1160 Town Center Drive, Suite 330
4 Las Vegas, NV 89144
Telephone: (702) 634-5000
5 Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
6 Email: vatana.lay@akerman.com

7 *Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR HOLDERS OF SAMI II TRUST 2006-AR2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR2<br><br>Plaintiff,<br>vs.<br><br>AMBER HILLS II HOMEOWNERS ASSOCIATION; MARK DESISTO; ALESSI & KOENIG,<br><br>Defendants. | Case No.: 2:16-cv-02576-JCM-GWF<br><br>**STIPULATION AND ORDER TO SET ASIDE CLERK'S ENTRY OF DEFAULT AGAINST AMBER HILLS II HOMEOWNER ASSOCIATION** |

Plaintiff The Bank of New York Mellon f/k/a The Bank of New York as Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for Holders of SAMI II Trust 2006-AR2, Mortgage Pass-Through Certificates, Series 2006-AR2 (**BoNYM**) and Defendant Amber Hills II Homeowners Association (**Amber Hills**) (collectively the **Parties**) each through their undersigned counsels, hereby stipulate to set aside the Clerk's entry of default [Dkt. 23] of June 28, 2017.

. . .

. . .

. . .

1

42277356;1

DATED this 11th day of July, 2017.

| **AKERMAN, LLP** | **GORDON & REES SCULLY MANSUKHANI** |
|---|---|
| */s/ Vatana Lay* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> VATANA LAY, ESQ. <br> Nevada Bar No. 12993 <br> 1160 Town Center Drive, Suite 330 <br> Las Vegas, Nevada 89144 <br><br> *Attorneys for Plaintiff The Bank of New York Mellon* | */s/ Phil W. Su* <br> PHIL W. SU, ESQ. <br> Nevada Bar No. 10450 <br> 300 South Fourth Street, Suite 1550 <br> Las Vegas, NV 89101 <br><br> *Attorney for* <br> *Amber Hills II Homeowners' Association* |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: January 12, 2018

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11ᵗʰ day of July, 2017 and pursuant to FRCP 5(b)(2)(E), I caused service via U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **STIPULATION AND ORDER TO SET ASIDE CLERK'S ENTRY OF DEFAULT AGAINST AMBER HILLS II HOMEOWNER ASSOCIATION,** addressed to:

Steven T. Loizzi, Jr., Esq.
**HOA Lawyers Group, LLC**
9500 West Flamingo Road, Suite 205
Las Vegas, Nevada 89147

*Attorney for Defendant Mark Desisto*

AMBER HILLS II HOA
c/o KGDO Holding Company
6655 S. Cimarron Road, Suite 200
Las Vegas, NV 89113

Phil Wen-Sheng Su, Esq.
**Gordon & Rees LLP**
300 S. 4th Street, Suite 1550
15th Floor
Las Vegas, NV 89101

*/s/ Doug J. Layne*
An employee of AKERMAN LLP

3

42277356;1