1  ARIEL E. STERN, ESQ.
   Nevada Bar No. 8276
2  VATANA LAY, ESQ.
   Nevada Bar No. 12993
3  AKERMAN LLP
   1635 Village Center Circle, Suite 200
4  Las Vegas, NV 89134
   Telephone: (702) 634-5000
5  Facsimile: (702) 380-8572
   Email: ariel.stern@akerman.com
6  Email: vatana.lay@akerman.com

7  *Attorneys for Plaintiff*

8                    **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF NEVADA**

10  THE BANK OF NEW YORK MELLON FKA          Case No. 2:16-cv-02576-JCM-GWF
    THE BANK OF NEW YORK, AS
    SUCCESSOR TRUSTEE TO JPMORGAN            **STIPULATION AND ORDER**
11  CHASE BANK, N.A., AS TRUSTEE FOR         **TO EXTEND BRIEFING**
    HOLDERS OF SAMI II TRUST 2006-AR2,       **SCHEDULE FOR PLAINTIFF'S**
12  MORTGAGE PASS-THROUGH                    **MOTION FOR SUMMARY**
    CERTIFICATES, SERIES 2006-AR2            **JUDGMENT**
13
                             Plaintiff,      **(First Request)**
14  vs.

15  AMBER HILLS II HOMEOWNERS
    ASSOCIATION; MARK DESISTO; ALESSI
16  & KOENIG, LLC

17                           Defendants.

AKERMAN LLP
1635 Village Center Circle, Suite 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

18      Plaintiff The Bank of New York Mellon (**BNYM**), defendant Amber Hills II Homeowners

19  Association (**Amber Hills**), and defendant Mark Desisto hereby stipulate and agree as follows:

20      1.      On March 21, 2018, BNYM filed its motion for summary judgment.  ECF No. 48.

21      2.      On April 11, 2018, Amber Hills filed its limited opposition to BNYM's motion for

22  summary judgment.  ECF No. 50.  BNYM's deadline to reply in support of its motion for summary

23  judgment responding to Amber Hill's limited opposition is April 25, 2018.

24      3.      On April 12, 2018, Mark Desisto filed his amended opposition to BNYM's motion for

25  summary judgment and countermotion for summary judgment.  ECF No. 55.  BNYM's deadline to

26  reply in support of its motion for summary judgment responding to Desisto's opposition is April 26,

27  2018.  BNYM's deadline to respond to Desisto's countermotion for summary judgment is May 3,

28  2018.

44984504;1

1    4.    Counsel for BNYM needs additional time to reply to the arguments raised in Amber

2 Hills and Desisto's responses and in Desisto's countermotion for summary judgment.  The additional

3 time will allow BNYM to properly address the issues raised.

4    5.    The parties agree BNYM's deadline to reply in support of its motion for summary

5 judgment and respond to Desisto's countermotion for summary judgment shall be extended to May

6 3, 2018.

7    6.    This stipulation is made in good faith and not for purpose of delay.

8    DATED this 19th day of April 2018.

9    **AKERMAN LLP**                    **HOA LAWYERS GROUP LLC**

10   /s/ *Vatana Lay, Esq.*             /s/ *Steven T. Loizzi, Esq.*
    _____        _____
11   ARIEL E. STERN, ESQ.              STEVEN T. LOIZZI, JR. ESQ.
    Nevada Bar No. 8276                Nevada Bar No. 10920
12   VATANA LAY, ESQ.                  9500 W. Flamingo, Suite 204
    Nevada Bar No. 12993               Las Vegas, Nevada 89147
13   1160 Town Center Drive, Suite 330 *Attorney for Defendant Mark Desisto and Alessi &*
    Las Vegas, Nevada 89144            *Koenig, LLC*
14   *Attorneys for Plaintiff*

15

16   **GORDON & REES LLP**

17   /s/ *Brian K. Walters, Esq.*
    _____
18   ROBERT S. LARSEN, ESQ.
    Nevada Bar No. 7785
19   BRIAN K. WALTERS, ESQ.
    Nevada Bar No. 9711
20   300 South Fourth Street, Suite 1500
    Las Vegas, Nevada 89101
21   *Attorneys for Defendant Amber Hills II*
    *Homeowners' Association*

22

23                                     **IT IS SO ORDERED.**

24

25                                     _____
                                       **DISTRICT COURT JUDGE**
26
                                       DATED: ___April 23, 2018___
27

28

2

44984504;1